UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ASSOCIATION CASUALTY
INSURANCE COMPANY,

    *Plaintiff*,

v.                                                                                             No. 2:22-cv-JES-KCD

WYNDHAM HOTELS & RESORTS,
INC.,

    *Defendant.*

_____/

## NOTICE OF RESOLUTION

Plaintiff ASSOCIATION CASUALTY INSURANCE COMPANY, by and through its undersigned counsel and pursuant to Local Rule 3.09, files this its Notice of Resolution and as grounds therefore states:

1. On February 3, 2023, the parties agreed to a complete resolution of this action.

Dated this 3rd day of February, 2023.

                                                                   */s/ Elizabeth M. van den Berg*
                                                                    George W. Hatch, III, Esq. • FBN 0072028
                                                                    george@guildaylaw.com
                                                                    Elizabeth M. van den Berg • FBN 0087744
                                                                    elizabeth@guildaylaw.com

                                                                  GUILDAY LAW

                                                                    Guilday Law, P.A.
                                                                    1983 Centre Pointe Blvd., Suite 200
                                                                    Tallahassee, Florida  32308
                                                                    (850) 224-7091 Telephone

>(850) 222-2593 Facsimile
>Secondary Email Addresses:
>sofia@guildaylaw.com
>dana@guildaylaw.com
>*Attorneys for Plaintiff Association Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I CERTIFY that on February 3, 2023, a true and correct copy of the foregoing document was filed using the Court's CM/ECF filing system which sent notification of such filing to all counsel of record.

>*/s/ Elizabeth M. van den Berg*
>Attorney